05/18/2022 10:37   9365687854   FANNIE BROWN BOOTH   PAGE 02/04

Revised 01/2012

Application (1)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| Debtor | Bankruptcy Case Number |
|---|---|
| LaQuonsha Shantel Wilson | 16-60743 |

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: LaQuonsha Shantel Wilson
PHONE NUMBER: 318-461-9719   LAST FOUR DIGITS OF SOCIAL SECURITY NO: 6332
MAILING ADDRESS: PO Box 195

CITY: Tenaha   STATE: TX   ZIP: 75974

and that a dividend in the amount of $6548.44 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 5-18-22

Claimant's Signature

Co-claimant's Signature (if any)

State of Texas
County of Shelby
Subscribed and sworn to before me this 18 day of May, 2022

Notary Public
My commission expires: 7-3-22

AMANDA LYNN TREAT
Notary Public, State of Texas
Comm. Expires 07-03-2022
Notary ID 13163035-0

Mail to: United States Bankruptcy Court
110 N. College Avenue, 8th Floor
Tyler, TX 75702

Certificate of Service (2)

## CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 5-18-22          _[signature]_
                       Claimant's Signature